USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/19

**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

November 18, 2019

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*So recommended.*
*11-19-19*
*[signature]*

Re:   *United States v. Armetta,* 18-CR-15 (AKH)

Dear Judge Hellerstein:

As the Court is aware Mr. Armetta was sentenced to three months of incarceration. He will surrender tomorrow to the United States Marshals at the Southern District of New York. Today, he found out that he was designated to a Youth Facility in New Mexico.

We are respectfully requesting that Your Honor issue an Order that he be designated to either the Metropolitan Correctional Center, the Metropolitan Detention Center, or a facility in the Northeast region. Your Honor has already Ordered that Mr. Armetta be permitted to take his CPAP machine into the facility or that the BOP provide him with one because of his severe sleep apnea.

Thank you for your consideration of this submission on behalf of Mr. Armetta.

Respectfully submitted,

_____/s/_____
John Meringolo, Esq.

*Via ECF to all Counsel*